**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-6312

TIMOTHY O'NEAL BULLOCK,

Plaintiff - Appellant,

v.

CRAIG WEISS; J. SELLITI; JANICE MESSANO; D.O.C OF NJ, Director; D.O.C OF FLORIDA, Director; FEDERAL BUREAU ADMINISTRATION,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, Chief District Judge.  (3:24-cv-00636-MHL-MRC)

Submitted:  February 17, 2026                     Decided:  February 24, 2026

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Timothy O'Neal Bullock, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy O'Neal Bullock appeals the district court's order dismissing his 42 U.S.C. § 1983 action pursuant to 28 U.S.C. § 1915(e)(2).  But we have already affirmed the same district court order Bullock now seeks to appeal.  *See Bullock v. Weiss*, No. 25-6531, 2025 WL 2529753 (4th Cir. Sep. 3, 2025).  Accordingly, we deny his motions to appoint counsel, to recover damages, and for relief under the Second Look Act, and we dismiss the appeal as duplicative.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*